UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
iOR HOLDINGS, INC. et al.,

                                      Plaintiffs,

                     **25-CV-6938 (GHW) (VF)**

      -against-

                     **ORDER**

KEN MOADEL, M.D., P.C.,

                                   Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      Plaintiffs filed their complaint on August 21, 2025. ECF No. 1. Since then, there is no indication on the docket that Defendant has been served. Plaintiffs are hereby directed to submit a letter by **December 3, 2025**, indicating whether they have completed service of the complaint on Defendant or, in the alternative, to submit an affidavit of service by that date.

      **SO ORDERED.**

DATED:    New York, New York
                November 24, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge