**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
iOR HOLDINGS, INC. et al.,

                           Plaintiff,

             -against-

KEN MOADEL, M.D., P.C.,

                         Defendant.
-----------------------------------------------------------------X

                           **25-CV-6938 (GHW) (VF)**

                                **ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

Plaintiff properly served Defendant with a complaint and summons on **December 2, 2025**. See ECF No. 8. Defendant's answer was due on **December 23, 2025**, as set forth in Rule 12(a) of the Federal Rules of Civil Procedure.

Defendant is directed to file its answer by **January 28, 2026**. Defendant is further advised that failure to file an answer or otherwise appear to defend the claims may result in a default judgment under Rule 55 of the Federal Rules of Civil Procedure. Plaintiff is also directed to serve a copy of this order on Defendant.

                        **SO ORDERED.**

DATED:     New York, New York
             January 7, 2026

                                  _____

                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge